SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George N. Compton, | No. CR-91-0264-PHX-EHC |
| Movant, | No. CV-06-2569-PHX-EHC (GEE) |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

Pending before the Court is Magistrate Judge Edmonds's Report and Recommendation for denying the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255. (Dkt. 344). Movant has not filed a Response or Objection. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Dkt. 344) is **adopted**. The Motion to Vacate, Set Aside or Correct Sentence (Dkt. 337) is **denied.**

DATED this 6th day of July, 2007.

Earl H. Carroll
United States District Judge